UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>AGATE LOGIC USA, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-0596-PJH<br><br>**ORDER RE MOTION FOR<br>TEMPORARY RESTRAINING ORDER** |

Before the court is plaintiff's motion for temporary restraining order, order to show cause re preliminary injunction, order of impoundment and expedited discovery, and protective order.

Defendants' opposition to plaintiff's motion shall be filed no later than 12:00 noon on Wednesday, February 10, 2016. No reply shall be filed. The court will hear the motion on Wednesday, February 17, 2016, at 9:00 a.m., in Courtroom 3 of the Oakland courthouse, 1301 Clay Street, Oakland, California.

No later than 12:00 noon on Friday, February 5, 2016, plaintiff shall serve defendants with a copy of this order, and no later than 4:00 p.m. on February 5, 2016, plaintiff shall file a proof of service indicating that this order and the motion papers have been served on defendants.

**IT IS SO ORDERED.**

Dated: February 4, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge