DENISE M. MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
ANDREW S. ONG (STATE BAR NO. 267889)
aong@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   +1-650-614-7400
Facsimile:   +1-650-614-7401

Attorneys for Plaintiff
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | Case No. 4:16-cv-00596 |
| Plaintiff, | **STIPULATION PURSUANT TO L.R. 6-1(B) AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** |
| v. | |
| AGATE LOGIC USA, INC. a.k.a. CLOUDCHIP, INC., AGATE LOGIC BEIJING, INC., and DOES 1-10, inclusive, | Judge:  Hon. Phyllis J. Hamilton |
| Defendants. | |

Pursuant to Local Rule 6-1(b), Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Cloudchip, Inc., a California corporation f/k/a Agate Logic (USA), Inc. ("Agate"), by and through the undersigned counsel, hereby stipulate and agree to the following proposed modification of the briefing and hearing schedule set forth by the Court for Synopsys's motion for temporary restraining order (*see* Dkt. No. 11):

| Event | Current Date | Modified Date |
| --- | --- | --- |
| Agate's Opposition to Synopsys's Motion | February 10, 2016, at 12:00 p.m. | February 24, 2016, at 12:00 p.m. |
| Hearing on Synopsys's Motion | February 17, 2016, at 9:00 a.m. | March 2, 2016, at 9:00 a.m. |

The parties respectfully submit that good cause exists for a two-week extension to the current deadlines for Synopsys's motion for temporary restraining order, as such time will allow the parties to continue their ongoing and good-faith negotiations to resolve this matter without further involvement by the Court.

This modification of the schedule, the first requested by the parties, will not alter any other dates currently set by the Court. *See* Dkt. No. 9.

**IT IS SO STIPULATED.**

Dated: February 10, 2016        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ *Denise M. Mingrone*_____
DENISE M. MINGRONE
Attorneys for Plaintiff
SYNOPSYS, INC.

Dated: February 10, 2016        INTELLECTUAL PROPERTY LAW GROUP, LLP

By: _____/s/ *Isaac H. Winer*_____
ISAAC H. WINER
Attorneys for Defendant
CLOUDCHIP, INC.
f/k/a AGATE LOGIC (USA), INC.

**IT IS SO ORDERED.**

Dated: February __, 2016

Honorable Phyllis J. Hamilton
United States District Judge

### FILER'S ATTESTATION

I, Denise Mingrone, am the ECF User whose ID and password are being used to file this STIPULATION PURSUANT TO L.R. 6 1(B) AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel whose e-signature appears on the foregoing pages have concurred with this filing.

/s/ *Denise M. Mingrone*
Denise M. Mingrone