# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br>　　　　Plaintiff,<br>　　v.<br>AGATE LOGIC USA, INC., et al.,<br>　　　　Defendants. | Case No. 16-cv-0596-PJH<br><br>**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER** |

The court has approved the parties' stipulated dismissal of defendant Cloudchip, Inc. (f.k.a. Agate Logic USA, Inc.). Defendant Agate Logic Beijing, Inc. remains in the case.

Plaintiff had previously filed a motion for a temporary restraining order, and it appears that the motion sought relief only as to defendant Cloudchip (named as Agate Logic USA in the motion), not as to Agate Logic Beijing. Thus, it appears that the TRO motion (and the related motion to seal) has been mooted by the dismissal. Plaintiff shall have until **March 15, 2016** to file a notice either withdrawing the motion for TRO and the motion to seal, or explaining why the motions should still go forward.

**IT IS SO ORDERED.**

Dated: March 11, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge