DENISE M. MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
ANDREW S. ONG (STATE BAR NO. 267889)
aong@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:	+1-650-614-7400
Facsimile:	+1-650-614-7401

Attorneys for Plaintiff
SYNOPSYS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AGATE LOGIC USA, INC. a.k.a. CLOUDCHIP, INC., AGATE LOGIC BEIJING, INC., and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:16-cv-00596 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Synopsys, Inc. voluntarily dismisses without prejudice the above-titled action against Defendant Agate Logic (Beijing), Inc. ("Defendant"). This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: April 6, 2016                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                         By:   /s/ *Denise M. Mingrone*
                                               DENISE M. MINGRONE
                                               Attorneys for Plaintiff
                                               SYNOPSYS, INC.